```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

CINDY ROSE PARLET,
                                        NO. CIV. S-08-133 LKK/DAD
          Plaintiff,

     v.
                                        O R D E R
SAFEWAY, INC., and DOES 1
through 50, inclusive,

          Defendants.
                                  /
```

Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

IT IS SO ORDERED.

DATED: February 29, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT