1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY, ESQ. (SBN 082482)
2  J. CROSS CREASON III, ESQ. (SBN 209492)
   225 Bush Street, 6th Floor
3  San Francisco, California  94104-4207
   Telephone:    (415) 397-2700
4  Facsimile:    (415) 397-3300

5
        Attorneys for Defendant SAFEWAY INC.
6
   BOWMAN & ASSOCIATES
7  ROBERT C. BOWMAN (SBN 232388)
   2151 River Plaza Dr., Suite 105
8  Sacramento, California 95833
   Telephone:    (916) 923-2800
9  Facsimile:    (916) 923-2828

10      Attorney for Plaintiff CINDY ROSE PARLET

11
                    UNITED STATES DISTRICT COURT
12
          EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION
13

14  CINDY ROSE PARLET,                    Case No. 2:08-CV-00133-LKK-DAD

15          Plaintiffs,                   **STIPULATION FOR AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**
16      v.
                                          **FRCP RULE 41(a)**
17  SAFEWAY INC.,

18          Defendants.

19      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff <u>CINDY ROSE

20  PARLET</u> and Defendant <u>SAFEWAY INC.</u> ("Safeway"), by and through their counsel of

21  record, stipulate that the Court should enter an Order dismissing this action, with prejudice,

22  each party to bear its own attorneys' fees and costs.

23  Dated: September 22, 2008            BOWMAN & ASSOCIATES
                                         ROBERT C. BOWMAN, ESQ.
24

25
                                         By:   /S/ ROBERT C. BOWMAN
26                                             Attorney for Plaintiff CINDY ROSE PARLET
    //
27
    //
28

Page 1 – Case No. 2:08-CV-00133-LKK-DAD
**STIPULATION FOR AND ORDER DISMISSING ACTION WITH PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: September 22, 2008 | DILLINGHAM & MURPHY<br>WILLIAM F. MURPHY, ESQ.<br>J. CROSS CREASON, ESQ. |
| | By:    /S/ J. CROSS CREASON<br>Attorneys for Defendant SAFEWAY INC. |

**ORDER**

Pursuant to the parties' stipulation and Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action be and hereby is dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

Dated:  September 24, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com